UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11cv22064

**KAPLAN INDUSTRY, INC.**
a Panama Corporation,

    Plaintiff,

vs.

**OAKTREE CAPITAL MANAGEMENT, L.P.**,
a Delaware Corporation,

    Defendant.
_____/

## NOTICE OF FILING EXHIBIT TO COMPLAINT

    Plaintiff Kaplan Industry, Inc., though undersigned counsel, hereby files its exhibits to the Complaint.

    Please see attached Exhibits 3 through 7 to the Complaint. Exhibits 1 and 2 will be filed under a separate notice of filing.

                                           Respectfully submitted,

Dated: June 8, 2011                    Law Office of Herbert Kim, P.A.
                                            1101 Brickell Avenue
                                            Suite 1801
                                            Miami, Florida 33l31
                                            Tel: 305-803-2075
                                            Fax: 305-530-8811
                                            herbertkimlaw@msn.com
                                            Attorney for Kaplan Industry, Inc.