**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO:  11-22064-CV-UNGARO/TORRES**

KAPLAN INDUSTRY, INC.,
a Panama Corporation,

       Plaintiff,

vs.

OAKTREE CAPITAL MANAGEMENT, L.P.,
a Delaware Corporation,

       Defendant.

_____/

## KAPLAN INDUSTRY, INC.'S RULE 7.1 CORPORATE DISCLOSURE

Plaintiff Kaplan Industry, Inc., by and through its undersigned counsel, files its Corporate

Disclosure Statement, pursuant to Fed.R.Civ.P. 7.1, and states as follows:

1.      Kaplan Industry, Inc. states that there is no parent corporation of Kaplan Industry, Inc.

2.      Kaplan Industry, Inc. states that there is no publically held corporation that owns 10% or

      more of Kaplan Industry, Inc.'s stock.

                                                 Respectfully submitted,

| | |
|---|---|
| Law Office of Herbert Kim, P.A. | Alexander Kapetanakis, P.A. |
| 1101 Brickell Avenue | 1101 Brickell Avenue |
| Suite 1801 | Suite 1801 |
| Miami, Florida 33l31 | Miami, Florida 33131 |
| Tel:  305-803-2075/Fax:  305-530-8811 | Tel:  305-379-8007/Fax:  305-530-8811 |
| herbertkimlaw@msn.com | alex@kaplanindustry.com |
| Attorney for Kaplan Industry, Inc. | Attorney for Kaplan Industry, Inc. |
| | |
| /s/ HERBERT KIM | /s/ ALEXANDER KAPETANKIS |
| Herbert Kim | Alexander Kapetanakis |
| Florida Bar Number 132209 | Florida Bar Number 602760 |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing was filed via the

CM/ECF system on June 20, 2011.

**LAW OFFICE OF HERBERT KIM, P.A.**
1101 Brickell Avenue
Suite 1801
Miami, Florida 33l31
Tel:     305-803-2075
Fax:     305-530-8811
Counsel for Plaintiff Kaplan Industry, Inc.

By:  /s/ HERBERT KIM
Herbert Kim
Florida Bar No.:  132209