UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  11-22064-CV-UNGARO/TORRES

KAPLAN INDUSTRY, INC.
a Panama Corporation,

    Plaintiff,

vs.

OAKTREE CAPITAL MANAGEMENT, L.P.,
a Delaware Corporation,

    Defendant.
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff KAPLAN INDUSTRY, INC ("Kaplan Industry"), through undersigned counsel, hereby files this stipulated notice of voluntary dismissal with prejudice of Defendant OAKTREE CAPITAL MANAGEMENT, L.P. ("Defendant Oaktree Capital"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties further state the following:

1. Plaintiff Kaplan Industry and Defendant Oaktree Capital have conferred regarding the issue of this stipulation and are in agreement with this Notice of Voluntary Dismissal With Prejudice and proposed Order of Dismissal With Prejudice.

2. Kaplan Industry and Defendant Oaktree Capital stipulate that Kaplan Industry hereby voluntarily dismisses this action in its entirety with prejudice.

3. Kaplan Industry and Defendant Oaktree Capital hereby stipulate that all claims asserted

1

against Oaktree Capital in the above-captioned action are hereby dismissed with prejudice.

4. Kaplan Industry and Defendant Oaktree Capital hereby stipulate that each party shall bear its own costs and fees arising from and incurred in connection with the above-captioned action.

5. Kaplan Industry and Defendant Oaktree Capital hereby stipulate to entry of the attached proposed Order of Dismissal With Prejudice.

Respectfully submitted,

| | |
|---|---|
| Law Office of Herbert Kim, P.A. | Alexander Kapetanakis, P.A. |
| 1395 N.W. 15th Street | 1395 N.W. 15th Street |
| 2nd Floor | 2nd Floor |
| Miami, Florida 33125 | Miami, Florida 33125 |
| Tel:   305-803-2075 | Tel:   305-379-8007 |
| Fax:   786-431-5440 | Fax:   786-431-5440 |
| Email: herbertkimlaw@msn.com | Email: alex@kaplanindustry.com |
| Attorney for Kaplan Industry, Inc. | Attorney for Kaplan Industry, Inc. |
| | |
| /s/ HERBERT KIM | /s/ ALEXANDER KAPETANKIS |
| Herbert Kim | Alexander Kapetanakis |
| Florida Bar Number 132209 | Florida Bar Number 602760 |
| | |
| Homer Bonner Jacobs, P.A. | Homer Bonner Jacobs, P.A |
| 1200 Four Seasons Tower | 1200 Four Seasons Tower |
| 1441 Brickell Avenue | 1441 Brickell Avenue |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Tel:   305-350-5139 | Tel:   305-350-5139 |
| Fax:   305-372-2738 | Fax:   305-372-2738 |
| Email: phomer@homerbonner.com | Email: gtrask@homerbonner.com |
| Attorney for Oaktree Capital Management | Attorney for Oaktree Capital Management |
| | |
| /s/ PETER W. HOMER | /s/ GREGORY J. TRASK |
| Peter W. Homer | Gregory J. Trask |
| Florida Bar Number 291250 | Florida Bar Number 55883 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing was filed and delivered via the CM/ECF system on July 1, 2014 to the following Counsel of Record:

**PETER W. HOMER**
**GREGORY J. TRASK**
HomerBonner, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Tel:     305-350-5139
Fax:     305-372-2738
Email: phomer@homerbonner.com
Email: gtrask@homerbonner.com

**LAW OFFICE OF HERBERT KIM, P.A.**
1101 Brickell Avenue
Suite 1801
Miami, Florida 33l31
Tel:     305-803-2075
Fax:     305-530-8811
Email: herbertkimlaw@msn.com
Counsel for Plaintiff Kaplan Industry, Inc.

By: /s/ HERBERT KIM
Herbert Kim
Florida Bar No.:  132209