**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO:  11-22064-CV-UNGARO/TORRES**

KAPLAN INDUSTRY, INC.
a Panama Corporation,

     Plaintiff,

vs.

OAKTREE CAPITAL MANAGEMENT, L.P.,
a Delaware Corporation,

     Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

     THIS CAUSE came before the Court on Plaintiff Kaplan Industry, Inc.'s Stipulated Notice of Voluntary Dismissal With Prejudice, and upon review of the said notice and the Court file, and being fully advised, it is

     **ORDERED AND ADJUDGED** that this action, including all Kaplan Industry, Inc.'s claims asserted against Oaktree Capital Management, L.P. in the above-captioned action, are dismissed with prejudice and that each party shall bear its own costs and fees arising from and incurred in connection with the above-captioned action.

     **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this _____ day of _____ 2014.

 

_____
URSULA UNGARO
DISTRICT COURT JUDGE